

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL CHRISTIAN MUSIC GROUP, INC.,

Plaintiff,

v.

SPARROWSONGS, LLC,

Defendant.

Civil Action No. 14-0343 (JSR)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Parties to this matter, having settled the underlying claims, hereby stipulate,

by and through their undersigned counsel, to a dismissal of these proceedings without

prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The

Parties shall bear their own costs and attorneys' fees related to this matter.

Dated: May 14, 2014

*Attorneys for Plaintiff:*

FROSS ZELNICK LEHRMAN &
    ZISSU, P.C.

By: _____
    Laura Popp-Rosenberg
866 United Nations Plaza
New York, NY 10017
Phone: (212) 813-5900
Email: *lpopp-rosenberg@fzlz.com*

*Attorneys for Defendant:*

RYU LAW FIRM

By: _____
    Francis S. Ryu, Esq.
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036
Phone: (323) 931-5270
Email: *francis@ryulaw.com*

[F1443655 1 ]

**SO ORDERED:**

_____
U.S.D.J.   5/16/14